UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY GARZA, a married person,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF YAKIMA, a Municipal Corporation,<br><br>    Defendant. | NO: 13-CV-3031-TOR<br><br>ORDER DISMISSING PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES |

BEFORE THE COURT is the parties' Stipulated Motion for Order Dismissing Plaintiff's Request for Punitive Damages (ECF No. 36). Pursuant to the parties' stipulation, the Court dismisses with prejudice Plaintiff's request for punitive damages, as set forth in Plaintiff's Amended Complaint (ECF No. 2 at 2, 10).

//

//

//

ORDER DISMISSING PUNITIVE DAMAGES REQUEST WITH PREJUDICE ~ 1

1 **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' Stipulated Motion for Order Dismissing Plaintiff's

3 Request for Punitive Damages (ECF No. 36), Plaintiff's request for punitive

4 damages is **DISMISSED** with prejudice.

5  **DATED** September 27, 2013.



7  THOMAS O. RICE
  United States District Judge