1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

GARY GARZA,

8

Plaintiff,

9

v.

10

CITY OF YAKIMA,

11

Defendant.

NO:  13-CV-3031-TOR

ORDER OF DISMISSAL WITH PREJUDICE

12
13
14
15
16
17
18
19
20

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 82).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **IT IS HEREBY ORDERED**:

2           Pursuant to the parties' Stipulated Motion for Dismissal (ECF No. 82), all

3   claims and causes of action in this matter are **DISMISSED** with prejudice and

4   without costs or fees to any party.  All pending motions are **DENIED** as moot.

5           The District Court Executive is hereby directed to enter this Order, furnish

6   copies to counsel, and **CLOSE** the file.

7           **DATED** July 1, 2014.

8   

9                                       THOMAS O. RICE
                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2